July 21, 2006

Mr. David R. Weiner
Glast, Phillips, & Murray, P.C.
13355 Noel Rd., LB 48, Ste. 2200
Dallas, TX 75240-6657

Mr. Neil E. Norquest
Rodriguez, Colvin, Chaney & Saenz, L.L.P.
4900 N. 10th Street, Bldg. A-2
McAllen, TX 78504-2830

RE: Case Number: 06-0355
 Court of Appeals Number: 13-03-00520-CV
 Trial Court Number: C-779-00-B

Style: PHARR-SAN JUAN-ALAMO INDEPENDENT SCHOOL DISTRICT AND ITS BOARD
 OF TRUSTEES
 v.
 TURNER CONSTRUCTION COMPANY OF TEXAS

Dear Counsel:

 Today the Supreme Court of Texas granted in part the joint motion to
abate and remand to court of appeals to allow voluntary dismissal of appeal
in the above-referenced case. This case is removed from the Court's active
docket until September 19, 2006, by which time the parties must file a
status report. The Court's abatement order is enclosed.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk

|cc:|Mr. Omar |
| |Guerrero |
| |Ms. Cathy |
| |Wilborn |
| |Ms. Lynn Rossi |
| |Scott |